IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN LEE YOUNG, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )   Civil Action No. 08-1701 <br> ) |
| MARY BETH BUCHANAN, ET AL., <br>     Defendants. | ) <br> ) |

ORDER

Plaintiff Glenn Lee Young has appealed the non-dispositive order, dated January 20, 2009, entered by United States Magistrate Judge Cathy Bissoon [document #8]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 18th day of June, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Cathy Bissoon,
    United States Magistrate Judge

    All parties of record