## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN LEE YOUNG, | ) |
| Plaintiff, | ) Civil Action No. 08-1701 |
| v. | ) Chief Judge Lancaster |
| | ) Magistrate Judge Bissoon |
| MARY BETH BUCHANAN, et al., | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

Glenn Lee Young's civil rights complaint was received by the Clerk of Court on December 15, 2008, and was referred to United States Magistrate Judge Cathy S. Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

Plaintiff filed a petition to proceed *in forma pauperis*, but failed to sign an authorization permitting the institutional account officer to deduct an initial partial payment of the filing fee. The Magistrate Judge's Report and Recommendation, filed on October 6, 2009, recommended that this action be dismissed without prejudice to Plaintiff's right to re-file the action within the applicable statute of limitations period by paying the full filing fee of $350.00. A copy of the Report and Recommendation was sent to Plaintiff at his place of incarceration by First Class United States Mail. The parties were allowed ten days from the date of service to file objections. Objections were due on or before October 19, 2009. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this __30th__ day of __Oct__, 2009,

IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed in forma pauperis (Doc. 1) is DENIED. This action is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to mark this case CLOSED. Plaintiff may re-file this action within the applicable statute of limitations period by paying the full filing fee of $350.00.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 34), dated October 6, 2009, is adopted as the opinion of the court.

_____, J.
Gary L. Lancaster
Chief U.S. District Court Judge

cc: GLENN LEE YOUNG, 3-B-4
    Lackwanna County Prison
    1371 North Washington Ave
    Scranton, PA 18509